**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
IN RE BP p.l.c. DERIVATIVE LITIGATION
-----------------------------------------------------------X
THIS DOCUMENT RELATES TO:

All Actions
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/07
```

06 CIVIL 6168 (HB)

**JUDGMENT**

   Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Harold Baer Jr., United States District Judge, and the Court, on July 23, 2007, having rendered its Opinion and Order dismissing the complaint without prejudice pursuant to Fed. R. Civ. P. 12(b)(6), it is,

   **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 23, 2007, the complaint is dismissed without prejudice pursuant to Fed. R. Civ. P. 12(b)(6); accordingly, the case is closed.

**Dated:** New York, New York
July 23, 2007

                                    **J. MICHAEL McMAHON**
                                    _____
                                           Clerk of Court
                              BY:
                                           _____
                                              Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____